UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MONTOBACCO LIMITED,

       Plaintiff,

-against-

MARLEY GREEN, LLC, LITTLE BAY, INC.,
MARLEY NATURAL COMPANY and
PRIVATEER HOLDINGS, INC.,

       Defendants.

------------------------------------x

ORDER

16 Civ. 4926 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Plaintiff's Motion for a Preliminary Injunction (ECF No. 12) is DENIED without prejudice.

Dated: New York, New York
   August 15, 2017

              SO ORDERED.

              */s/ George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge